| STATE OF LOUISIANA | * | NO. 2019-KA-0901 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| GABRIEL O HUNTER | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*SCJ*

**JENKINS, J., CONCURS WITH REASONS**

I join the majority opinion in vacating the defendant's conviction and sentence based upon the recent decision of the United States Supreme Court in *Ramos v. Louisiana*, __ U.S. __, 140 S.Ct. 1390, __ L.Ed.2d __, 2020 WL 1906545 (2020), holding that non-unanimous jury verdicts in state felony trials are unconstitutional. But, in light of the fact that the defendant's conviction must been vacated and set aside on that first assigned error, I find that all other assignments of error, including the sufficiency of evidence, are rendered moot. Thus, I would pretermit discussion of all other assignments of error.